

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-16-00082-CR

---

ISAIAH CHRISTOPHER ROBERTS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 44,118-A

---

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Court reporter Greylyn Freeman recorded the trial court proceedings in appellate cause number 06-16-00082-CR, styled *Isaiah Christopher Roberts v. The State of Texas*, trial court cause number 44,118-A in the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this matter August 19, 2016. That deadline was extended twice by this Court on Freeman's request, resulting in the most recent due date of October 19, 2016.

In our September 20, 2016, correspondence advising Freeman that we had granted a second extension, we cautioned her that additional requests for extensions would not be looked on with favor. Nonetheless, Freeman has filed a third motion for an extension of time seeking an additional twelve days in which to complete the record in this case.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Freeman's request for an extension of the filing deadline and order her to file the reporter's record in appellate cause number 06-16-00082-CR, styled *Isaiah Christopher Roberts v. The State of Texas*, trial court cause number 44,118-A, on appeal from the 188th Judicial District Court of Gregg County, Texas, to be received by this Court no later than the close of business on Monday, October 31, 2016.

2

If the reporter's record is not received by October 31, we warn Freeman that we may begin contempt proceedings and order her to demonstrate why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:    October 25, 2016